IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12CV3099 |
| vs. | |
| DARRIN J. BERTWELL and ELIZABETH A. BERTWELL, | ORDER OF SALE |
| Defendants. | |

UNITED STATES OF AMERICA        )
                                )  ss
DISTRICT OF NEBRASKA            )

TO:   Mark A. Martinez
      United States Marshal
      District of Nebraska

GREETINGS:

WHEREAS, on August 21, 2012, the United States District Court for the District of

Nebraska issued a Judgment and Decree of Foreclosure and Order of Sale in which it

ordered that certain Defendants pay an indebtedness within twenty (20) days and that, if

said amount was not so paid, upon application by the Plaintiff, the Clerk of the United

States District Court shall issue an Order of Sale of property described in said Judgment

and Decree of Foreclosure and Order of Sale; and

WHEREAS, said indebtedness has not been paid within twenty (20) days and Plaintiff has applied for issuance of an Order of Sale;

NOW, THEREFORE, you are hereby commanded to carry into effect the aforementioned Judgment and Decree of Foreclosure and Order of Sale, a copy of which is attached, by selling the premises and real estate described therein in a manner set forth therein.

You will make due return of your proceedings under this order to this Court within the time and in the manner provided by law.

DATED this 17th day of September, 2012.

DENISE M. LUCKS, Clerk
United States District Court
District of Nebraska

By: _Gale J. Gomez_